Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 19−14119−JKS
                            Chapter: 13
                            Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette Sonia Anderson
   68 Watson Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6133

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      6/13/19
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman

COMMISSION OR FEES
$3389.55

EXPENSES
$.

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 8, 2019
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Annette Sonia Anderson  
    Debtor

Case No. 19-14119-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 08, 2019  
                   Form ID: 137     Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.

```
db              +Annette Sonia Anderson,    68 Watson Avenue,    East Orange, NJ 07018-3304
518055193       +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
518229495       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518055204       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
518055203       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
518055210        Comenitybank/onestop,    Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
518055216        Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518055217       +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518055218       +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
518055219       +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
518055225       +Prosper Funding LLC,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
518055228       +Ray And Flan,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518055227       +Ray And Flan,    Attn: Bankruptcy,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
518055230       +RoundPoint Mortgage Servicing Corporatio,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
518055229       +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,    Po Box 19409,
                  Charlotte, NC 28219-9409
518184843       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                  Charlotte, NC 28217-1932
518055231       +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                  Trenton, NJ 08602-0269
518168208       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                  Dallas, TX 75380-0849
518055234        TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
518055235       +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
518055238      ++WELLS FARGO WACHOVIA,    N9286-01Y,    1000 BLUE GENTIAN RD #300,    EAGAN MN 55121-1786
                 (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                  Greenville, SC 29606)
518055237       +We Florida Financial,    Po Box 77404,    Ewing, NJ 08628-6404
518055236       +We Florida Financial,    Attn: Bankruptcy,    Po Box 14548,    Fort Lauderdale, FL 33302-4548
518055239        Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518162246        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 00:22:05      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 00:22:02      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 00:17:34
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518144700       +E-mail/Text: bankruptcy@sccompanies.com May 09 2019 00:20:48      Amerimark,
                  c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518055197        E-mail/Text: bankruptcy@sccompanies.com May 09 2019 00:20:48      Amerimark Premier,
                  P.O. Box 2845,    Monroe, WI 53566-8045
518055200        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 09 2019 00:18:43      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
518055214        E-mail/Text: bankruptcy@cunj.org May 09 2019 00:21:48      Credit Union of New Jersey,
                  Attn: Bankruptcy,    Po Box 7921,    Ewing, NJ 08628
518055215        E-mail/Text: bankruptcy@cunj.org May 09 2019 00:21:48      Credit Union of New Jersey,
                  Po Box 7921,    Ewing, NJ 08628
518055198       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 09 2019 00:18:09      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518169826       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2019 00:29:46
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518055202       +E-mail/Text: greenj@capitoldiscount.com May 09 2019 00:21:48      Capitol Discount Corp,
                  2650 Merrick Rd,    Bellmore, NY 11710-5707
518055205       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2019 00:21:45
                  Comenity Bank/Arizona Mail Order,    Attn: Bankruptcy Dept,    Po Box 182125,
                  Columbus, OH 43218-2125
518055206       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2019 00:21:45
                  Comenity Bank/Arizona Mail Order,    Po Box 182789,    Columbus, OH 43218-2789
518055207       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2019 00:21:45
                  Comenity Bank/Ashley Stewart,    Attn: Bankruptcy Dept,    Po Box 182125,
                  Columbus, OH 43218-2125
518055208       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2019 00:21:45
                  Comenity Bank/Ashley Stewart,    Po Box 182789,    Columbus, OH 43218-2789
518055209       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2019 00:21:46      Comenity Bank/roamans,
                  Po Box 182789,    Columbus, OH 43218-2789
518055211       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2019 00:21:46      Comenitybank/onestop,
                  Po Box 182789,    Columbus, OH 43218-2789
518055212       +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2019 00:17:47      Credit One Bank,
                  Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 08, 2019
                              Form ID: 137             Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518055213      +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2019 00:18:50       Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518055220       E-mail/Text: cio.bncmail@irs.gov May 09 2019 00:21:23       Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
518210378       E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 00:18:54       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518055221       E-mail/Text: camanagement@mtb.com May 09 2019 00:21:33       M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518055222       E-mail/Text: camanagement@mtb.com May 09 2019 00:21:33       M & T Bank,    Po Box 900,
                 Millsboro, DE 19966
518055223      +E-mail/Text: bkr@cardworks.com May 09 2019 00:20:47       Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518055224      +E-mail/Text: bkr@cardworks.com May 09 2019 00:20:47       Merrick Bank/CardWorks,
                 10705 S Jordan Gateway,    South Jordan, UT 84095-3977
518231138      +E-mail/Text: bncmail@w-legal.com May 09 2019 00:22:11       Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
518055232      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 00:17:34       Syncb/home Design Se,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518055233      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 00:17:35       Syncb/home Design Se,
                 Po Box 965036,    Orlando, FL 32896-5036
518060478      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 00:17:37       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518055196*     +Aaron's Sales & Lease,    309 E Paces Ferry,    Atlanta, GA 30305-2367
518055194*     +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
518055201*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
518055199*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518055226*     +Prosper Funding LLC,    221 Main St Ste 300,    San Francisco, CA 94105-1909
518055195     ##+Aaron's Sales & Lease,    309 E Paces Ferry,    Atlanta, GA 30305-2367
                                                                                      TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
         David G. Beslow    on behalf of Debtor Annette Sonia Anderson yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Mark Goldman    on behalf of Debtor Annette Sonia Anderson yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```