UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311b
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)

David G. Beslow, DGB-5300
Attorney for Debtor, Annette Sonia Anderson

In Re:

ANNETTE SONIA ANDERSON

Case No.: _____19-14119_____

Judge: _____JKS_____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Chapter 13 Trustee_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I paid the Trustee of $450.00 on 9/22/2021, money order number 47053329234, that does not yet appear on the Trustee's payment history. I have also paid $450.00, money order number 47053814848 on 10/25/2021 and $4.00, money order number 47053814849 on 10/25/2021. At most I owe the Trustee $7.00, and I will pay this along with my November 2021 payment in the ordinary course.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: October 28, 2021

/S/ Annette Sonia Anderson
Debtor's Signature

Date: 10-28-2021

*A. Ande*
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*





Sep 2021

