| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Annette Sonia Anderson* | Order Filed on January 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**ANNETTE SONIA ANDERSON,**<br><br>Debtor | Case No.: 19-14119/JKS<br><br>Chapter:    13<br><br>Judge:    JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 11, 2022**

Page:       2
Debtor(s):  Annette Sonia Anderson
Case No.:   19-14119/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $677.50  for services rendered and expenses in the amount of $ 0  for a total of $677.50 of which  $0 has already been received by said attorney and of which the balance of $677.50 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

 XX  through the Chapter 13 Plan as an administrative priority.

 ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $465.00 for 26 months starting January 2022 to allow for payment of the aforesaid fee.