| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Annette Sonia Anderson* | Order Filed on January 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**ANNETTE SONIA ANDERSON,**<br><br>Debtor | Case No.: 19-14119/JKS<br><br>Chapter:    13<br><br>Judge:    JKS |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 11, 2022**

Page:       2
Debtor(s):  Annette Sonia Anderson
Case No.:   19-14119/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $677.50 for services rendered and expenses in the amount of $ 0 for a total of $677.50 of which $0 has already been received by said attorney and of which the balance of $677.50 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

    XX through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $465.00 for 26 months starting January 2022 to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Annette Sonia Anderson  
    Debtor

Case No. 19-14119-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette Sonia Anderson, 68 Watson Avenue, East Orange, NJ 07018-3304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Annette Sonia Anderson yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Roundpoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor Freedom Mortgage Corporation ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Mark Goldman
    on behalf of Debtor Annette Sonia Anderson yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Matthew K. Fissel
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8