**UNITED STATES BANKRUPTCY COURT**
**NEW JERSEY DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 19-14119-JKS |
| ANNETTE SONIA ANDERSON ) | CHAPTER 13 |
| DEBTOR ) | |
| ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 68 WATSON AVE, EAST ORANGE, NJ 07018 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******3841**

NOW COMES Freedom Mortgage Corporation, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Matthew Fissel
Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217
NJBKR@brockandscott.com

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, Indiana 46037

Please take notice that the undersigned hereby appears as counsel for Freedom Mortgage Corporation pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited

21-04956 BKMFR01




to the instant case noted above and should not be construed as unlimited representation of the

Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant

case or any associated case or proceeding involving the above-named Creditor.

                                        RESPECTFULLY SUBMITTED,

/s/ Matthew K. Fissel
Matthew Fissel
Attorney at Law (038152012)
Brock & Scott, PLLC
8757 Red Oak Blvd.
Suite 150
Charlotte, NC 28217
844-856-6646 x 4535
704-369-0760
NJBKR@brockandscott.com

21-04956 BKMFR01