Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 12, 2024

#### Chapter 13 Case # 19-14119

Re:  ANNETTE SONIA ANDERSON  
     68 WATSON AVENUE  
     EAST ORANGE, NJ  07018

Atty:  GOLDMAN & BESLOW, LLC  
       ATTORNEYS AT LAW  
       7 GLENWOOD AVE, SUITE 311B  
       EAST ORANGE, NJ  07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/11/2019 | $450.00 | 17897480200 | 04/09/2019 | $450.00 | 17957947941 |
| 05/06/2019 | $450.00 | 17957949057 | 06/03/2019 | $450.00 | 17972372438 |
| 07/09/2019 | $450.00 | 108542080670 | 08/14/2019 | $450.00 | 17682194555 |
| 09/17/2019 | $450.00 | 17953393058 | 10/22/2019 | $450.00 | 19023418275 |
| 11/13/2019 | $450.00 | 19041818672 | 12/16/2019 | $450.00 | 47046942125 |
| 01/24/2020 | $450.00 | 108645721910 | 02/24/2020 | $450.00 | 19065555089 |
| 03/24/2020 | $450.00 | 19078490493 | 04/22/2020 | $450.00 | 47039220406 |
| 05/22/2020 | $450.00 | 47048465545 | 06/23/2020 | $450.00 | 47048709446 |
| 07/28/2020 | $450.00 | 19095060740 | 09/29/2020 | $450.00 | 19163808858 |
| 10/30/2020 | $450.00 | 19179937945 | 12/01/2020 | $450.00 | 19199876305 |
| 12/30/2020 | $450.00 | 19208257799 | 02/02/2021 | $450.00 | 47051343459 |
| 03/10/2021 | $450.00 | 19202844452 | 03/23/2021 | $450.00 | 19246210648 |
| 04/21/2021 | $450.00 | 19257690203 | 05/25/2021 | $453.00 | 19257689729 |
| 06/18/2021 | $450.00 | 19276198391 | 08/03/2021 | $450.00 | 47052896208 |
| 09/02/2021 | $454.00 | 19305951033 | 11/04/2021 | $4.00 | 47053814849 |
| 11/04/2021 | $450.00 | 47053814848 | 11/29/2021 | $460.00 | 47053988491 |
| 12/01/2021 | $450.00 | 47053329234 | 01/04/2022 | $454.00 | 19349366882 |
| 01/24/2022 | $465.00 | 19349366664 | 02/23/2022 | $465.00 | 19359802432 |
| 04/12/2022 | $465.00 | 19372554683 | 04/20/2022 | $465.00 | 19389981269 |
| 05/19/2022 | $465.00 | 47048282284 | 06/28/2022 | $465.00 | 19396919891 |
| 07/26/2022 | $465.00 | 19409029174 | 08/23/2022 | $465.00 | 19426667361 |
| 09/20/2022 | $465.00 | 47056064357 | 11/03/2022 | $465.00 | 47056500030 |
| 11/30/2022 | $463.00 | 47056765208 | 12/28/2022 | $467.00 | 19318824894 |
| 01/31/2023 | $465.00 | 19318824732 | 03/01/2023 | $465.00 | 19509744841 |
| 03/29/2023 | $500.00 | 47057445056 | 04/25/2023 | $465.00 | 47055117439 |
| 05/30/2023 | $465.00 | 47055117790 | 06/28/2023 | $465.00 | 47058015011 |
| 08/17/2023 | $465.00 | 47058342118 | 08/25/2023 | $465.00 | 19534420405 |
| 09/21/2023 | $465.00 | 19514357185 | 10/26/2023 | $465.00 | 19594528961 |
| 11/27/2023 | $465.00 | 19586762656 | 12/27/2023 | $465.00 | 19604914395 |
| 01/31/2024 | $466.00 | 19594529925 | 02/21/2024 | $465.00 | 19620844681 |

**Chapter 13 Case # 19-14119**

| Total Receipts: $27,001.00 - Amount Refunded to Debtor: $76.18 = Receipts Applied to Plan: $26,924.82 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,569.64 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 4,067.05 | 100.00% | 4,067.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARON'S SALES & LEASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AARON'S SALES & LEASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERIMARK | UNSECURED | 1,296.24 | 100.00% | 1,296.24 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,025.25 | 100.00% | 1,025.25 | 0.00 |
| 0006 | CAPITOL DISCOUNT CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 610.02 | 100.00% | 610.02 | 0.00 |
| 0009 | COMENITY BANK/ARIZONA MAIL ORDER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | COMENITY BANK/ASHLEY STEWART | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | COMENITY BANK/ROAMANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | COMENITYBANK/ONESTOP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | LVNV FUNDING LLC | UNSECURED | 1,218.43 | 100.00% | 1,218.43 | 0.00 |
| 0024 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | M & T BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | MERRICK BANK/CARDWORKS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | LVNV FUNDING LLC | UNSECURED | 6,296.43 | 100.00% | 6,296.43 | 0.00 |
| 0032 | TD RETAIL CARD SERVICES | UNSECURED | 690.51 | 100.00% | 690.51 | 0.00 |
| 0033 | FREEDOM MORTGAGE CORPORATION | MORTGAGE ARRE | 6,702.78 | 100.00% | 6,702.78 | 0.00 |
| 0035 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | SYNCB/HOME DESIGN SE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | WE FLORIDA FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | WELLS FARGO CARD SERVICES | UNSECURED | 1,207.45 | 100.00% | 1,207.45 | 0.00 |
| 0046 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,553.02 | 100.00% | 1,553.02 | 0.00 |
| 0047 | PROSPER FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | FREEDOM MORTGAGE CORPORATION | (NEW) MTG Agree | 688.00 | 100.00% | 688.00 | 0.00 |

**Total Paid: $26,924.82**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERIMARK | | | | | | |
| | 05/17/2021 | $42.88 | 870308 | 06/21/2021 | $39.72 | 872110 |
| | 07/19/2021 | $39.45 | 873916 | 09/20/2021 | $79.26 | 877327 |
| | 12/13/2021 | $40.23 | 882450 | 01/10/2022 | $17.44 | 884106 |
| | 02/14/2022 | $81.44 | 885793 | 03/14/2022 | $41.20 | 887506 |
| | 05/16/2022 | $83.70 | 890917 | 06/02/2022 | ($81.44) | 885793 |
| | 06/20/2022 | $123.30 | 892601 | 08/15/2022 | $19.53 | 895895 |
| | 09/19/2022 | $41.86 | 897497 | 10/17/2022 | $41.85 | 899171 |
| | 12/12/2022 | $40.99 | 902300 | 01/09/2023 | $40.81 | 903788 |
| | 02/13/2023 | $41.17 | 905310 | 03/13/2023 | $40.98 | 906924 |
| | 04/17/2023 | $85.06 | 908507 | 05/15/2023 | $40.98 | 910140 |
| | 07/17/2023 | $81.11 | 913115 | 09/18/2023 | $81.11 | 916130 |
| | 10/16/2023 | $40.55 | 917625 | 11/13/2023 | $39.90 | 919055 |
| | 01/08/2024 | $39.91 | 921862 | 02/12/2024 | $39.90 | 923212 |
| | 03/11/2024 | $73.35 | 924668 | | | |

**Chapter 13 Case # 19-14119**

| Claimant Name | Date | Amount | Check # |  | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 05/17/2021 | $33.92 | 870381 | | 06/21/2021 | $31.42 | 872189 |
| | 07/19/2021 | $31.20 | 873987 | | 09/20/2021 | $62.69 | 877399 |
| | 12/13/2021 | $31.81 | 882521 | | 01/10/2022 | $13.80 | 884176 |
| | 02/14/2022 | $64.40 | 885866 | | 03/14/2022 | $32.60 | 887572 |
| | 05/16/2022 | $66.20 | 890984 | | 06/20/2022 | $33.11 | 892672 |
| | 08/15/2022 | $15.45 | 895968 | | 09/19/2022 | $33.11 | 897565 |
| | 10/17/2022 | $33.10 | 899232 | | 12/12/2022 | $32.42 | 902364 |
| | 01/09/2023 | $32.28 | 903846 | | 02/13/2023 | $32.55 | 905376 |
| | 03/13/2023 | $32.43 | 906989 | | 04/17/2023 | $67.27 | 908575 |
| | 05/15/2023 | $32.42 | 910195 | | 07/17/2023 | $64.15 | 913180 |
| | 09/18/2023 | $64.15 | 916194 | | 10/16/2023 | $32.07 | 917676 |
| | 11/13/2023 | $31.56 | 919114 | | 01/08/2024 | $31.57 | 921915 |
| | 02/12/2024 | $31.55 | 923268 | | 03/11/2024 | $58.02 | 924718 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 05/17/2021 | $51.37 | 870383 | | 06/21/2021 | $47.59 | 872191 |
| | 07/19/2021 | $47.27 | 873989 | | 09/20/2021 | $94.96 | 877401 |
| | 12/13/2021 | $48.20 | 882523 | | 01/10/2022 | $20.90 | 884178 |
| | 02/14/2022 | $97.56 | 885868 | | 03/14/2022 | $49.36 | 887574 |
| | 05/16/2022 | $100.29 | 890986 | | 06/20/2022 | $50.15 | 892674 |
| | 08/15/2022 | $23.41 | 895970 | | 09/19/2022 | $50.14 | 897567 |
| | 10/17/2022 | $50.15 | 899234 | | 12/12/2022 | $49.10 | 902366 |
| | 01/09/2023 | $48.90 | 903848 | | 02/13/2023 | $49.32 | 905378 |
| | 03/13/2023 | $49.10 | 906991 | | 04/17/2023 | $101.91 | 908577 |
| | 05/15/2023 | $49.10 | 910198 | | 07/17/2023 | $97.18 | 913183 |
| | 09/18/2023 | $97.17 | 916197 | | 10/16/2023 | $48.59 | 917679 |
| | 11/13/2023 | $47.81 | 919117 | | 01/08/2024 | $47.80 | 921917 |
| | 02/12/2024 | $47.81 | 923271 | | 03/11/2024 | $87.88 | 924721 |
| FREEDOM MORTGAGE CORPORATION | | | | | | | |
| | 02/22/2021 | $832.50 | 864332 | | 04/19/2021 | $789.03 | 867867 |
| | 07/18/2022 | $448.73 | 893890 | | 08/15/2022 | $239.27 | 895460 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 04/19/2021 | $19.69 | 868810 | | 04/19/2021 | ($19.69) | 868810 |
| | 04/19/2021 | $19.69 | 869686 | | 05/17/2021 | $188.58 | 870698 |
| | 05/17/2021 | $40.30 | 870698 | | 06/21/2021 | $37.34 | 872502 |
| | 06/21/2021 | $192.93 | 872502 | | 07/19/2021 | $191.66 | 874279 |
| | 07/19/2021 | $37.08 | 874279 | | 09/20/2021 | $384.99 | 877723 |
| | 09/20/2021 | $74.51 | 877723 | | 12/13/2021 | $37.81 | 882807 |
| | 12/13/2021 | $195.42 | 882807 | | 01/10/2022 | $84.72 | 884453 |
| | 01/10/2022 | $16.39 | 884453 | | 02/14/2022 | $76.55 | 886162 |
| | 02/14/2022 | $395.56 | 886162 | | 03/14/2022 | $200.14 | 887861 |
| | 03/14/2022 | $38.73 | 887861 | | 05/16/2022 | $78.69 | 891284 |
| | 05/16/2022 | $406.62 | 891284 | | 06/20/2022 | $203.30 | 892985 |
| | 06/20/2022 | $39.33 | 892985 | | 08/15/2022 | $18.37 | 896252 |
| | 08/15/2022 | $94.90 | 896252 | | 09/19/2022 | $203.30 | 897863 |
| | 09/19/2022 | $39.34 | 897863 | | 10/17/2022 | $39.34 | 899514 |
| | 10/17/2022 | $203.31 | 899514 | | 12/12/2022 | $199.08 | 902629 |
| | 12/12/2022 | $38.53 | 902629 | | 01/09/2023 | $38.36 | 904128 |
| | 01/09/2023 | $198.24 | 904128 | | 02/13/2023 | $199.96 | 905669 |
| | 02/13/2023 | $38.70 | 905669 | | 03/13/2023 | $38.52 | 907272 |
| | 03/13/2023 | $199.09 | 907272 | | 04/17/2023 | $413.16 | 908885 |
| | 04/17/2023 | $79.95 | 908885 | | 05/15/2023 | $38.52 | 910467 |
| | 05/15/2023 | $199.08 | 910467 | | 07/17/2023 | $393.97 | 913469 |
| | 07/17/2023 | $76.24 | 913469 | | 09/18/2023 | $76.25 | 916481 |
| | 09/18/2023 | $393.97 | 916481 | | 10/16/2023 | $196.98 | 917954 |
| | 10/16/2023 | $38.12 | 917954 | | 11/13/2023 | $37.50 | 919401 |
| | 11/13/2023 | $193.83 | 919401 | | 01/08/2024 | $193.81 | 922185 |
| | 01/08/2024 | $37.50 | 922185 | | 02/12/2024 | $37.51 | 923558 |
| | 02/12/2024 | $193.83 | 923558 | | 03/11/2024 | $356.31 | 924992 |
| | 03/11/2024 | $68.95 | 924992 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/17/2021 | $20.18 | 8002234 | | 06/21/2021 | $18.69 | 8002277 |
| | 07/19/2021 | $18.57 | 8002330 | | 09/20/2021 | $37.30 | 8002432 |
| | 12/13/2021 | $18.93 | 8002581 | | 01/10/2022 | $8.21 | 8002633 |
| | 02/14/2022 | $38.32 | 8002683 | | 03/14/2022 | $19.39 | 8002741 |
| | 05/16/2022 | $39.40 | 8002843 | | 06/20/2022 | $19.69 | 8002892 |
| | 08/15/2022 | $9.20 | 8002997 | | 09/19/2022 | $19.69 | 8003048 |
| | 10/17/2022 | $19.70 | 8003103 | | 12/12/2022 | $19.29 | 8003201 |
| | 01/09/2023 | $19.21 | 8003257 | | 02/13/2023 | $19.37 | 8003309 |
| | 03/13/2023 | $19.28 | 8003367 | | 04/17/2023 | $40.03 | 8003414 |
| | 05/15/2023 | $19.30 | 8003472 | | 07/17/2023 | $38.16 | 8003582 |
| | 09/18/2023 | $38.17 | 8003690 | | 10/16/2023 | $19.08 | 8003749 |
| | 11/13/2023 | $18.78 | 8003806 | | 01/08/2024 | $18.79 | 8003906 |
| | 02/12/2024 | $18.77 | 8003947 | | 03/11/2024 | $34.52 | 8003991 |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION | | | | | | | |
| | 11/18/2019 | $57.00 | 837989 | | 12/16/2019 | $426.60 | 839871 |
| | 01/13/2020 | $426.60 | 841763 | | 02/10/2020 | $426.60 | 843638 |
| | 03/16/2020 | $426.60 | 845563 | | 04/20/2020 | $426.60 | 847508 |
| | 05/18/2020 | $405.00 | 849332 | | 06/15/2020 | $405.00 | 851016 |
| | 07/20/2020 | $416.25 | 852862 | | 08/17/2020 | $416.25 | 854700 |
| | 10/19/2020 | $416.25 | 858410 | | 11/16/2020 | $416.25 | 860186 |
| | 12/21/2020 | $416.25 | 862039 | | | | |

**Chapter 13 Case # 19-14119**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| TD RETAIL CARD SERVICES | | | | | | | |
| | 05/17/2021 | $22.84 | 871215 | | 06/21/2021 | $21.16 | 873070 |
| | 07/19/2021 | $21.02 | 874789 | | 09/20/2021 | $42.22 | 878285 |
| | 12/13/2021 | $21.43 | 883333 | | 01/10/2022 | $9.29 | 884982 |
| | 02/14/2022 | $43.38 | 886706 | | 03/14/2022 | $21.95 | 888380 |
| | 05/16/2022 | $44.59 | 891788 | | 06/20/2022 | $22.30 | 893544 |
| | 08/15/2022 | $10.40 | 896721 | | 09/19/2022 | $22.30 | 898389 |
| | 10/17/2022 | $22.30 | 900009 | | 12/12/2022 | $21.83 | 903113 |
| | 01/09/2023 | $21.74 | 904607 | | 02/13/2023 | $21.92 | 906174 |
| | 03/13/2023 | $21.84 | 907763 | | 04/17/2023 | $45.31 | 909415 |
| | 05/15/2023 | $21.83 | 910924 | | 07/17/2023 | $43.21 | 913955 |
| | 09/18/2023 | $43.20 | 916959 | | 10/16/2023 | $21.61 | 918391 |
| | 11/13/2023 | $21.25 | 919836 | | 01/08/2024 | $21.26 | 922598 |
| | 02/12/2024 | $21.26 | 924026 | | 03/11/2024 | $39.07 | 925453 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 05/17/2021 | $39.94 | 871383 | | 06/21/2021 | $37.00 | 873239 |
| | 07/19/2021 | $36.75 | 874947 | | 09/20/2021 | $73.83 | 878455 |
| | 12/13/2021 | $37.48 | 883486 | | 01/10/2022 | $16.25 | 885133 |
| | 02/14/2022 | $75.85 | 886873 | | 03/14/2022 | $38.38 | 888534 |
| | 05/16/2022 | $77.97 | 891944 | | 06/20/2022 | $38.99 | 893709 |
| | 08/15/2022 | $18.20 | 896870 | | 09/19/2022 | $38.99 | 898560 |
| | 10/17/2022 | $38.98 | 900155 | | 12/12/2022 | $38.18 | 903248 |
| | 01/09/2023 | $38.02 | 904742 | | 02/13/2023 | $38.34 | 906334 |
| | 03/13/2023 | $38.18 | 907904 | | 04/17/2023 | $79.23 | 909566 |
| | 05/15/2023 | $38.18 | 911052 | | 07/17/2023 | $75.55 | 914091 |
| | 09/18/2023 | $75.55 | 917092 | | 10/16/2023 | $37.77 | 918524 |
| | 11/13/2023 | $37.17 | 919967 | | 01/08/2024 | $37.17 | 922715 |
| | 02/12/2024 | $37.17 | 924156 | | 03/11/2024 | $68.33 | 925571 |

## **SUMMARY**

Summary of all receipts and disbursements from the date the case was filed , to and including: March 12, 2024.

Receipts: $26,924.82    -    Paid to Claims: $21,288.13    -    Admin Costs Paid: $5,636.69    =    Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.