| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| In Re:<br>Annette Sonia Anderson | Case No. | **19-14119** |
| | Chapter: | **13** |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Annette Sonia Anderson_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _4-10-2024_       _A. Anderson_
                        **Annette Sonia Anderson**
                        Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8 1 18*

Case 19-14119-JKS    Doc 57    Filed 02/27/24    Entered 02/27/24 13:13:42    Desc Main

# NOTICE OF COMPLETION OF CHAPTER 13 PAYMENTS

Case No.: 19-14119                                            February 27, 2024

A Final Report will be generated after 3 to 4 months. Once the Final Report is issued with the United States Bankruptcy Court, the Chapter 13 case will be closed.

ATTORNEY AT LAW
7 GLENWOOD AVE, SUITE 311D
EAST ORANGE, NJ 07017

NOTE: (illegible)