**Information to identify the case:**

Debtor 1　　**Annette Sonia Anderson**

First Name　　Middle Name　　Last Name

Social Security number or ITIN　xxx–xx–6133

EIN　_ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)

First Name　　Middle Name　　Last Name

Social Security number or ITIN　_ _ _ _

EIN　_ _–_ _ _ _ _ _ _

United States Bankruptcy Court　District of New Jersey

Case number:　**19–14119–JKS**

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Annette Sonia Anderson

4/12/24

**By the court:** John K. Sherwood
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-14119-JKS |
| Annette Sonia Anderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 12, 2024 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette Sonia Anderson, 68 Watson Avenue, East Orange, NJ 07018-3304 |
| aty | + | Matthew Fissel, Brock and Scott, LLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 519055371 | + | Freedom Mortgage Corporation, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221-7093 |
| 518055228 | + | Ray And Flan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 518055227 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 518055230 | + | RoundPoint Mortgage Servicing Corporatio, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 518055231 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 518060478 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518055238 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518055237 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Apr 13 2024 00:35:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518055195 | + | Email/Text: bankruptcynotices@aarons.com | Apr 12 2024 20:46:00 | Aaron's Sales & Lease, 309 E Paces Ferry, Atlanta, GA 30305-2367 |
| 518055193 | + | Email/Text: bankruptcynotices@aarons.com | Apr 12 2024 20:46:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 518144700 | + | EDI: CBSAMERIMARK | Apr 13 2024 00:35:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518055197 | | EDI: CBSAMERIMARK | Apr 13 2024 00:35:00 | Amerimark Premier, P.O. Box 2845, Monroe, WI 53566-8045 |
| 518055200 | | EDI: CAPITALONE.COM | Apr 13 2024 00:35:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518055214 | | Email/Text: bankruptcy@cunj.org | Apr 12 2024 20:46:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 518055215 | | Email/Text: bankruptcy@cunj.org | Apr 12 2024 20:46:00 | Credit Union of New Jersey, Po Box 7921, Ewing, NJ 08628 |
| 518055198 | + | EDI: CAPITALONE.COM | Apr 13 2024 00:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

District/off: 0312-2                        User: admin                                    Page 2 of 4

Date Rcvd: Apr 12, 2024                     Form ID: 3180W                            Total Noticed: 60

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 518169826 | + | EDI: AIS.COM | Apr 13 2024 00:35:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518055202 | + | Email/Text: greenj@capitoldiscount.com | Apr 12 2024 20:46:00 | Capitol Discount Corp, 2650 Merrick Rd, Bellmore, NY 11710-5707 |
| 518229495 | + | EDI: CITICORP | Apr 13 2024 00:35:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518055203 | + | EDI: CITICORP | Apr 13 2024 00:35:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518055204 | + | EDI: CITICORP | Apr 13 2024 00:35:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518055206 | + | EDI: WFNNB.COM | Apr 13 2024 00:35:00 | Comenity Bank/Arizona Mail Order, Po Box 182789, Columbus, OH 43218-2789 |
| 518055205 | + | EDI: WFNNB.COM | Apr 13 2024 00:35:00 | Comenity Bank/Arizona Mail Order, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518055208 | + | EDI: WFNNB.COM | Apr 13 2024 00:35:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 518055207 | + | EDI: WFNNB.COM | Apr 13 2024 00:35:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518055209 | + | EDI: WFNNB.COM | Apr 13 2024 00:35:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 518055210 | | EDI: WFNNB.COM | Apr 13 2024 00:35:00 | Comenitybank/onestop, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518055211 | + | EDI: WFNNB.COM | Apr 13 2024 00:35:00 | Comenitybank/onestop, Po Box 182789, Columbus, OH 43218-2789 |
| 518055212 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 12 2024 21:12:16 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518055213 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 12 2024 21:02:01 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518055216 | | Email/Text: bankruptcycourts@equifax.com | Apr 12 2024 20:46:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518055217 | | Email/Text: bankruptcycourts@equifax.com | Apr 12 2024 20:46:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 518055218 | ^ | MEBN | Apr 12 2024 20:43:58 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 518055219 | ^ | MEBN | Apr 12 2024 20:42:43 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519051802 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 12 2024 20:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519051803 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 12 2024 20:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518055220 | | EDI: IRS.COM | Apr 13 2024 00:35:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 518210378 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2024 21:01:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518055221 | | Email/Text: camanagement@mtb.com | Apr 12 2024 20:46:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518055222 | | Email/Text: camanagement@mtb.com | Apr 12 2024 20:46:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518055224 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | Apr 12 2024 21:01:19 | Merrick Bank/CardWorks, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
|---|---|---|---|---|
| 518055223 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 12 2024 21:01:59 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518710433 | | EDI: PRA.COM | Apr 13 2024 00:35:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518055225 | ^ | MEBN | Apr 12 2024 20:44:36 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518231138 | + | Email/Text: bncmail@w-legal.com | Apr 12 2024 20:46:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518055229 | ^ | MEBN | Apr 12 2024 20:43:33 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 518055230 | ^ | MEBN | Apr 12 2024 20:45:15 | RoundPoint Mortgage Servicing Corporation, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 518184843 | ^ | MEBN | Apr 12 2024 20:44:29 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 518055232 | + | EDI: SYNC | Apr 13 2024 00:35:00 | Syncb/home Design Se, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518055233 | + | EDI: SYNC | Apr 13 2024 00:35:00 | Syncb/home Design Se, Po Box 965036, Orlando, FL 32896-5036 |
| 518168208 | + | EDI: CBSTDR | Apr 13 2024 00:35:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518055234 | ^ | MEBN | Apr 12 2024 20:42:35 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518055235 | ^ | MEBN | Apr 12 2024 20:43:28 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 518055236 | | Email/Text: membersolutions@wefloridafinancial.com | Apr 12 2024 20:45:00 | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302 |
| 518055239 | | EDI: WFFC2 | Apr 13 2024 00:35:00 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518162246 | | EDI: WFFC2 | Apr 13 2024 00:35:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518055196 | *+ | Aaron's Sales & Lease, 309 E Paces Ferry, Atlanta, GA 30305-2367 |
| 518055194 | *+ | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 518055201 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518055199 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518710434 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518055226 | *+ | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2024                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian E Caine | on behalf of Creditor Freedom Mortgage Corporation bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| David G. Beslow | on behalf of Debtor Annette Sonia Anderson yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Roundpoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor Freedom Mortgage Corporation LynnNolan@SilvermanGroup.net  lnolan@grosspolowy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Annette Sonia Anderson yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10